IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>BARRETT PRELOGAR,<br><br>                 Defendant. | Case No. 17-00248-01-CR-W-SRB |

### VERDICT

### COUNT ONE:

We, the jury, find defendant **BARRETT PRELOGAR** __NOT GUILTY__
of tax evasion as charged in Count One of the Indictment.

[guilty/(not guilty)]

_____April 5, 2019_____          _____/s/ R.K. Myers_____
Date                                                         FOREPERSON

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 17-00248-01-CR-W-SRB |
| BARRETT PRELOGAR, | |
| Defendant. | |

## VERDICT

### COUNT TWO:

We, the jury, find defendant **BARRETT PRELOGAR** __Guilty__
[(guilty)/not guilty]

of corruptly endeavoring to obstruct or impede the due administration of the Internal Revenue laws as charged in Count Two of the Indictment.

__April 5, 2019__
Date

__[signature]__
FOREPERSON